United States District Court
District of Minnesota

RECEIVED BY MAIL
FEB 20 2024
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Tony Lendell Reed
V.

Case: 18-15 (jne)

24-cv-539 (JMB/DTS)

United States Attorney Office
District of Minnesota

Complaint

In Regard to the request of Courtesy Copies of All Exculpatory Evidence Material pertaining to Case: 18-15 (JNE)

SCANNED
FEB 20 2024
U.S. DISTRICT COURT MPLS

(A) Nature of case

(1) Under the Freedom of Information Act (5 U.S.C § 552), to Compel disclosure to the plaintiff of the information, police Reports, FBI 302's, Written Statements, Tape recorded Statements, Photographs, Search warrants, and Affidavits, and All Exculpatory Material within the possession of United States Attorneys office For the District of Minnesota

(B) Jurisdiction And venue

(1) This Court has subject Matter jurisdiction of this Action under the Freedom of Information Act, and particularly 5 U.S.C § 552 (A)(4)(B)

(2) In addition, because the claim arises by virtue of the Act, It Arises under the laws of the United States, and the court has Subject Matter jurisdiction Pursuant to 28 U.S.C § 1331

(3) Venue is proper in the United States District Court District of Minnesota pursuant to 5 U.S.C § 552 (A)(4)(B), because the Materials sought by the plaintiff Are within the possession of the office of the United States Attorney District of Minnesota.

(C) Claim For Relief

On 09/24/2019 plaintiff made written request pursuant to the Act on the United States Attorney For the District of Minnesota 600 U.S. Courthouse 300 S Fourth Street Mpls, MN 55415 Plaintiff has been Aggrieved and damaged by the action or inaction of the defendants in acting or failing to act in their official Capacity by rufusing plaintiff's written request for disclosure of information under the Act.

## Conclusion

The information sought by the plaintiff cannot be compiled independently by the plaintiff and, unless this Court grants the relief requested and compels disclosure, the plaintiff has no remedy at law or otherwise. Under the Freedom of information Act, the plaintiff is entitled to:

(A) An injunctive order Compelling the defendants to disclose the information sought by plaintiff's request.

prayer

(1) The court render a declaratory judgement against the defendant declaring that the information requested be granted to the plaintiff

(2) The court grant plaintiff all other and further relief to which the plaintiff may be justly entitled

Respectfully submitted

Tony Reed # 30590-076

Federal Correctional Complex USP #1

P.O. Box 1033

Coleman, Fl 33521

Mail on
02/05/2024

# Person of Interest

Honorable judge
Joan N Ericksen
12 W U.S. Courthouse
300 S. Fourth st
Mpls, MN 55415


Lee Ann K. Bell
600 U.S Courthouse
300 S. Fourth st
Mpls, MN 55415