UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Tony Lendell Reed,

    Plaintiff,

v.

United States Attorney Office
Districtt of Minnesota,

    Defendants.

Case No. 24-cv-539 (PJS/DTS)

**ORDER**

---

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge David T. Schultz. No objections have been filed to that Report and Recommendation in the time period permitted.

The Court, being duly advised in the premises, upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records and proceedings herein, now makes and enters the following Order.

**IT IS HEREBY ORDERED**:

1. This action is **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

2. Plaintiff Tony Lendell Reed's application to proceed *in forma pauperis*, ECF No. 4, is **DENIED** as moot.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: 7/1/2024

s/Patrick J. Schiltz_____
Patrick J. Schiltz
Chief Judge
United States District Court